**Order entered November 8, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00123-CV

**RONROYAL OWENS, Appellant**

**V.**

**JERRY ALEXANDER AND BILLY D. WYATT, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-04346**

## ORDER

Appellant's brief has not been filed. It was first due September 10, 2018, and then, after an extension was granted, October 11, 2018. When the brief had not been filed by October 16, 2018, we notified appellant that the appeal would be dismissed unless he filed, within ten days, the brief and an extension motion. Although appellant has not filed the brief, he mailed an extension motion October 26th, seeking permission to file his brief by November 9, 2018.

We **GRANT** the motion and **ORDER** the brief be filed no later than November 9, 2018. Appellant is cautioned that failure to timely file the brief will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

/s/     DAVID EVANS
        JUSTICE